IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MOODY,

      Petitioner,               No. CIV S-03-2023 MCE KJM P

     vs.

TOM CAREY, Warden,

      Respondent.            <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve objections to the August 18, 2006 findings and recommendations. He has also asked that the court send him a copy of the traverse filed in this case.

      IT IS HEREBY ORDERED that:

      1. Petitioner's September 5, 2006 motion for an extension of time is granted;

      2. Petitioner shall file and serve objections to the August 18, 2006 findings and recommendations on or before October 20, 2006; and

/////

/////

/////

/////

1    3. Petitioner's request for a copy of the traverse is denied; the court does not
2 provide copies of pleadings to parties.
3 DATED: September 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
mood2023.111