IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MOODY, | No. 2:03-cv-2023-MCE-KJM-P |
|     Petitioner, | |
|     v. | <u>ORDER</u> |
| TOM CAREY, Warden, | |
|     Respondent. / | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 13, 2006 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1  For the reasons set forth in the magistrate judge's August 18, 2006 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.  Accordingly, a certificate of appealability should not issue in this action.
4      IT IS SO ORDERED.
5  DATED:  November 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE